# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL SHYGELSKI and JULIE SHYGELSKI,** | : | No. 3:16cv576 |
| Plaintiffs | : | (Judge Munley) |
| v. | : | |
| **ALLSTATE FIRE and CASUALTY INSURANCE COMPANY,** | : | |
| Defendant | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 14th day of April 2016, we hereby *sua sponte* **DISMISS** this action for lack of jurisdiction. The Clerk of Court is directed to **REMAND** this case to the Court of Common Pleas of Luzerne County, Pennsylvania, and to **CLOSE** this case.

BY THE COURT:

s/ James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**